**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-19782 |
| | : | |
| | : | CHAPTER 13 |
| LARRY THOMAS | : | |
| DEBTOR | : | |

## CHAPTER 13 PLAN

1.  The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee the sum of **$26,529.00 at the rate of $442.00 per month for a period of 60 months.**

2.  From the payments so received, the trustee shall make disbursements as follows:

    (a)  Full payment in deferred cash payments of all claims entitled to priority under 11 U. S. C. §507 as follows:

**PA CHILD SUPPORT ENFORCEMENT child support arrearage including interest and penalty totaling $16,568.00. Payments are to be forwarded to the proof of claim address.**

**GRB LAW PHILADELPHIA REAL ESTATE TAX including interest and penalty totaling $7,308.00**

    (b)  Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**DEBTOR SHALL PAY THE REMAINING SECURED CREDITORS OUTSIDE THE PLAN.**

    (c)  Subsequent to dividends to secured creditors, **PRO-RATA DIVIDENDS TO UNSECURED CREDITORS WHOSE CLAIMS ARE DULY ALLOWED** :

3.  The following executory contracts of the debtor are rejected : None.

Title to the debtor's property shall revest in the debtor on confirmation of a plan - upon dismissal of the case after confirmation pursuant to 11 U. S. C.§350.

Dated: 11/6/14

X _Larry M Thomas jr_
Debtor