| **UNITED STATES BANKRUPTCY COURT**     Eastern District of Pennsylvania | **PROOF OF CLAIM** |
|---|---|
| Name of Debtor: Larry M. Thomas, Jr. | Case Number: 14-19782 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

**COURT USE ONLY**

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>CITY OF PHILADELPHIA / SCHOOL DISTRICT OF PHILADELPHIA | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>CITY OF PHILADELPHIA, LAW DEPARTMENT – TAX UNIT<br>MUNICIPAL SERVICES BUILDING<br>1401 JOHN F. KENNEDY BLVD., 5TH FLOOR<br>PHILADELPHIA, PA 19102<br>Telephone number: 215-683-5312     email: Marissa.O'Connell@phila.gov | **Court Claim Number:**<br>*(if known)*<br><br>Filed on: |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number:     email: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

**1. Amount of Claim as of Date Case Filed: $ 7,905.92**

If all or part of your claim is secured, complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** _____Municipal Claim_____
   (See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor: 9825** (last four of SSN) | **3a. Debtor may have scheduled account as:**<br>_____<br>(See Instruction #3a) | **3b. Uniform Claim Identifier (optional):**<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim**   (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** √ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe: 5659 Heiskell St., Phila., PA**

**Value of Property: $ 48,445.00**

**Annual Interest Rate: 9% Real Estate  6% Judgments** √ Fixed or ☐ Variable  **(when case was filed)**

**Amount of arrearage and other charges, as of time case filed, included in secured claim, if any:**

**$ 7,905.92**

**Basis for perfection:** _____

**Amount of Secured Claim:    $ 7,905.92**

**Amount Unsecured:        $_____**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

| ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). | ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4). | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5). | |
|---|---|---|---|
| ☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7). | ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). | **Amount entitled to priority: $** |

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

Case 14-19782-mdc    Doc 2912    Filed 12/21/15    Entered 12/21/15 11:02:31    Desc
Case 14-19782-mdc    Claim 3-1    Filed 05/12/15    Desc Main Document    Page 2 of 6
Exhibit B - Citys Proof of Claim    Page 2 of 6

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (*See instruction 7, and the definition of "redacted".*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

x I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, indorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Marissa O'Connell_____
Title:        Deputy City Solicitor_____
Company:      City of Philadelphia_____        /s/ Marissa O'Connell            04/22/2015
Address and telephone number (if different from notice address above):        (Signature)                     (Date)

Telephone number    (215) 683-5312        email: Marissa.O'Connell@phila.gov

*Penalty for presenting fraudulent claim:*    Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

Debtor: Larry M. Thomas, Jr                                   *City of Philadelphia*                                   Bankruptcy #14-19782
Interest, and Penalties as of: 12/12/2014         ***Pre-Petition Itemized Statement***                  Filing date: 12/12/2014

| ACCOUNT NUMBER | PERIOD / YEAR | TAX TYPE | TAX PRINCIPAL | INTEREST | PENALTY | OTHER | JUDGMENT AMOUNT | TOTALS | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | SECURED CLAIMS | | | | | | | | |
| **122170600** | 010119999Y | REA | | | | $ 318.25 | | $ 318.25 | |
| 122170600 | 12311999Y | REA | $ 260.46 | $ 351.62 | $ 18.23 | $ 104.34 | | $ 734.65 | |
| 122170600 | 12312000Y | REA | $ 243.29 | $ 306.54 | $ 17.03 | $ 55.21 | | $ 622.07 | |
| 122170600 | 12312001Y | REA | $ 243.29 | $ 284.64 | $ 17.03 | $ 53.90 | | $ 598.86 | |
| 122170600 | 12312003Y | REA | $ 30.41 | $ 30.11 | $ 2.13 | $ 24.96 | | $ 87.61 | |
| 122170600 | 12312004Y | REA | $ 30.41 | $ 27.37 | $ 2.13 | $ 24.79 | | $ 84.70 | |
| 122170600 | 12312005Y | REA | $ 30.41 | $ 24.63 | $ 2.13 | $ 24.63 | | $ 81.80 | |
| 122170600 | 12312006Y | REA | $ 325.40 | $ 234.29 | $ 22.78 | $ 56.15 | | $ 638.62 | |
| 122170600 | 12312007Y | REA | $ 325.40 | $ 205.00 | $ 22.78 | $ 54.39 | | $ 607.57 | |
| 122170600 | 12312008Y | REA | $ 325.40 | $ 175.72 | $ 22.78 | $ 52.63 | | $ 576.53 | |
| 122170600 | 12312009Y | REA | $ 325.40 | $ 146.43 | $ 22.78 | $ 50.88 | | $ 545.49 | |
| 122170600 | 12312010Y | REA | $ 325.40 | $ 117.14 | $ 22.78 | $ 49.12 | | $ 514.44 | |
| 122170600 | 12312011Y | REA | $ 357.62 | $ 96.56 | $ 25.03 | $ 49.95 | | $ 529.16 | |
| 122170600 | 12312012Y | REA | $ 371.39 | $ 66.85 | $ 26.00 | $ 49.05 | | $ 513.29 | |
| 122170600 | 12312013Y | REA | $ 384.74 | $ 34.63 | $ 26.93 | $ 47.98 | | $ 494.28 | |
| 122170600 | 12312014Y | REA | $ 775.86 | $ 104.74 | | | | $ 880.60 | |
| | | | | | | | | $ 7,827.92 | 5659 Heiskell Street, Phila., PA |
| | | | | | | | | | |
| ending in 9825 | 07212014Y | WATER | | | | $ 78.00 | | $ 78.00 | CE-14-03-72-0660 Court cost |
| | | | | | | | | | |
| | TOTAL | | | | | | | $ 7,905.92 | |
| | | | | | TOTAL CLAIM | $ 7,905.92 | | | |

Case 14-19782-mdc    Doc 29-12    Filed 05/12/15    Desc Main Document   Page 4 of 6
Case 14-19782-mdc    Claim 3-1    Filed 12/21/15    Entered 12/21/15 11:02:31    Desc
Exhibit B - Citys Proof of Claim    Page 4 of 6

# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H. Neifield, President Judge    Patricia R. McDermott, Deputy Court Administrator

# CODE ENFORCEMENT COMPLAINT

# CE-14-03-72-0660

| Plaintiff | Defendants(s) |
|---|---|
| Commonwealth of Pennsylvania, City of Philadelphia<br>Water Revenue Bureau<br>Philadelphia, PA 19102 | LARRY M THOMAS<br>5659 HEISKELL STREET<br>PHILADELPHIA, PA 19144 |

020-41640-05659-001    20140211

The within-named defendant(s) is (are) in violation of the code(s) or ordinance(s) of the City of Philadelphia or statute(s) of Commonwealth of Pennsylvania as listed below. Request is made for imposition of penalties or fines as provided by law.

### DESCRIPTION OR NATURE OF VIOLATION

Violation Premises: 5659 HEISKELL ST 020-41640-05659-001
TO THE DEFENDANT(S): The City of Philadelphia demands judgment in this Court against you for fines and/or unpaid water/sewer rents in the total amount of $1,345.29 plus costs (including the reasonable cost of collection) and interest and penalties as provided by law upon the following claims: 1. Unpaid water/sewer rents from 200908 cycle to 201312 cycle in the amount of $1,345.29. 2. Section 19-1607 of the Philadelphia Code provides that any property owner who does not physically reside at a premises connected to the City's water/sewer systems must pay a water/sewer rent bill within 90 days of any cycle's due date or be subject to a $100.00 fine for each offence. The Defendant has failed to pay 34 cycle(s) bills timely; therefore, the City of Philadelphia requests that this court enter a fine against the defendant(s) in the amount of $0.00.

**Summons to the Defendant**
You are hereby ordered to appear at a Hearing scheduled as follows:

**Citation al Demandado**
Por la presenta, Usted esta dirljido a presentarse A la siguiente:

1339 Chestnut Street 6th Floor
Philadelphia, PA 19107
Hearing Room: 1

July 21st, 2014
09:00 AM

**WHEREFORE**, the City of Philadelphia requests this Court enter a fine jointly and severally against each defendant in the

| | |
|---|---|
| **Amount Due** | $ 1345.29 |
| **Court Costs** | $ 78.00 |
| **TOTAL CLAIMED** | $ 1423.29 |
| Date Filed: | 03/25/2014 |

I am an attorney for the plaintiff(s), the plaintiff's authorized representative or have a power of attorney for the plaintiff(s) in this code enforcement action. I hereby verify that I am authorized to make this verification; that I have sufficient knowledge, information and belief to take this verification or have gained sufficient knowledge, information and belief from communications with the plaintiff or the persons listed below and that the facts set forth are true and correct to the best of my knowledge, information and belief. I understand that this verification is made subject to the penalties set forth in 18 Pa. C.S. § 4904, which concerns the making of unsworn falsifications to authorities. If I am an authorized representative or have a power of attorney, I have attached a completed Philadelphia Municipal Court authorized representative form or a completed power of attorney form.

Marco A Muniz

_____
Signature Plaintiff/Attorney
Attorney # 081300

Address & Phone:
Municipal Services Building 1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102

DEPUTY CITY SOLICITOR — CYNTHIA E WHITE

**NOTICE TO THE DEFENDANT, YOU HAVE BEEN SUED IN COURT. PLEASE SEE ATTACHED NOTICES.**

**AVISO AL DEMANDADO HAN DEMANDADO EN CORTE. VEA POR FAVOR LOS AVISOS ASOCIADOS.**

To resolve this matter without appearing in court, contact the attorney shown above immediately.
All corporations (Plaintiff and Defendant) must be represented by an attorney.

# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H. Neifield, President Judge      Patricia R. McDermott, Deputy Court Administrator

# CE-14-03-72-0660

| Commonwealth of Pennsylvania, City of Philadelphia Water Revenue Bureau Philadelphia, PA 19102 | LARRY M THOMAS 5659 HEISKELL STREET PHILADELPHIA, PA 19144 |
|---|---|
| *Plaintiff* | *Defendant(s)* |

Marco A Muniz

**Plaintiff/Attorney**
**Attorney #** _____081300_____

**Address & Phone**  Municipal Services Building 1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102

# O R D E R

**AND NOW,** to wit this ___21st___ day of _____July_____, ___2014___, upon consideration of the above captioned complaint, it is hereby ordered and decreed that the above captioned case be marked as follows:

Judgment for Plaintiff by Default. Judgment in the amount of $1,345.29, plus $78.00 Costs.

**BY THE COURT:**

_____ M.B.
J.

51 (07/09/01)

# PHILADELPHIA MUNICIPAL COURT
## Office of the Deputy Court Administrator
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107
215-686-2910
07/21/2014

| | |
|---|---|
| Marsha H. Neifield<br>President Judge | Patricia R. McDermott<br>Deputy Court Administrator |

Commonwealth of Pennsylvania, City of Philadelphia           Plaintiff

Date of Judgment:      07/21/2014
Claim No:              CE-14-03-72-0660

vs.

LARRY M THOMAS
5659 HEISKELL STREET           Defendant,
PHILADELPHIA, PA 19144

Hearing Date Was:      07/21/2014
Judgment/Cost:         $1,423.29
Total Amount Due:      $1,423.29

## NOTICE OF JUDGMENT

Pursuant to Rule 122, you are hereby notified that a judgment has been entered against you, as Defendant, for failure to pay water/sewer rents.

Upon Payment to the Plaintiff of the above judgment amount, an Order To Satisfy will be filed by the Plaintiff and the judgment will be satisfied on the record.

Your certified check or money-order, made payable to the City of Philadelphia, can be mailed, along with this notice directly to: City of Philadelphia, Law Department, Water Collections Unit, Municipal Services Building, 5th Floor, 1401 John F. Kennedy Blvd, Philadelphia, PA 19102-1595.

Unless the above judgment amount is paid or satisfactory payment arrangements are made with the Law Department within 30 days from the date hereof, further legal action for collection may be taken with additional costs chargeable against you.

If you have any questions concerning this matter, please contact the Law Department, Water/Sewer Unit, at 215-686-0546, 0545, 0544, or 0543.

Patricia R. McDermott
Deputy Court Administrator

*

(260)