IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

--------------------------------------------------------x
In re:                                            :
                                                  :        In Chapter 13
    LARRY M. THOMAS, JR.         :
                                                  :        Bankruptcy No. 14-19782 (MDC)
                                                  :
        Debtor.    :
--------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Objection to the Proposed First Amended Chapter 13 Plan filed by the City of Philadelphia was served electronically, on the date set forth below, upon all parties including the following:

Attorney for Debtor:
Bruce J. Trawick, Esquire
DC33 Legal Services Plan
3001 Walnut Street, 10th Floor
Philadelphia, PA 19104

Chapter 13 Trustee:
William C. Miller, Esquire
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: December 21, 2015    By:   */s/ Megan N. Harper*
                                              MEGAN N. HARPER
                                              Deputy City Solicitor
                                              PA Attorney I.D. 81669
                                              Attorney for the City of Philadelphia
                                              City of Philadelphia Law Department
                                              Municipal Services Building
                                              1401 JFK Boulevard, 5th Floor
                                              Philadelphia, PA  19102-1595
                                              215-686-0503 (phone)
                                              Email: Megan.Harper@phila.gov