**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LARRY M. THOMAS, JR. | Chapter 13 |
| Debtor | Bankruptcy No. 14-19782-MDC |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

  **AND NOW**, this _____ day of _____, 201\_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

  **ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRUCE J TRAWICK, ESQ
3001 WALNUT ST
10TH FLOOR
PHILADELPHIA, PA 19104-

Debtor:
LARRY M. THOMAS, JR.

5659 HEISKELL STREET

PHILADELPHIA, PA 19144