**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

        Chapter 13

        Bankruptcy No. 14-19782-MDC

LARRY M. THOMAS, JR.

5659 HEISKELL STREET

PHILADELPHIA, PA 19144

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LARRY M. THOMAS, JR.

    5659 HEISKELL STREET

    PHILADELPHIA, PA 19144

Counsel for debtor(s), by electronic notice only.

    BRUCE J TRAWICK, ESQ
    3001 WALNUT ST
    10TH FLOOR
    PHILADELPHIA, PA 19104-

Date: 7/13/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee